United States District Court
Southern District of Texas
**ENTERED**
June 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANNA ANDREEVA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-2737 |
| | § | |
| WARDEN, HOUSTON CONTRACT DETENTION FACILITY, *et al.* | § | |
| | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Petitioner Anna Andreeva is detained in the custody of officials with Immigration and Customs Enforcement (ICE). Proceeding *pro se*, the petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. 1). On May 19, 2026, the Court ordered the respondents to file an expedited answer in 10 days (Dkt. 4). The answer was due on or before Friday, May 29, 2026.

On May 29, 2026, the federal respondents filed a motion seeking a two-week extension, until June 12, 2026, to respond to the petition. The respondents' motion stated that "[m]ore time is needed" to review the petition, confer with immigration authorities, obtain supporting information, and respond to the petition (Dkt. 5, at 1). It provided no case-specific information supporting the request.[1] This requested extension would allow

---

[1] The motion states without elaboration that the case presents "a more factually complicated immigration history than the typical [detention case]" under 8 U.S.C. § 1225(b)(2) (*id.* at 1-2). However, the petitioner raises a *Zadvydas* claim and states that she is detained under 8 U.S.C.

the respondents 24 days to answer from the date the order to answer was entered, more than double the original response period.

Federal Rule of Civil Procedure 6(b) permits a court in its discretion to extend time "for good cause." FED. R. CIV. P. 6(b); *McCarty v. Thaler*, 376 F. App'x 442, 443-44 (5th Cir. 2010). The Court ordered an expedited answer in this case given the time-sensitive nature of the petitioner's habeas claims. *See* 28 U.S.C. § 2241; 28 U.S.C. § 2243. The petitioner proceeds *pro se* and states that she has been detained since July 20, 2024, a period now approaching 23 months. The respondents' statement that more time is needed, without more and with no detail specific to the case, does not suffice to show good cause.

The Court in its discretion **DENIES** the motion for an extension of time (Dkt. 5). The respondents may, if warranted, file a motion for leave to file their response within 3 days of the date of this order and include sufficient facts supporting the request.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on June 12, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

---

§ 1231(a), not § 1225(b). She presents a copy of her order of removal dated August 27, 2025, and states it became final upon expiration of the appeal period.